```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
        -v-                                                       :       17-CR-385 (PAE)
                                                                  :
TARELL MCILWAIN,                                                  :       SCHEDULING ORDER
                                                                  :
                                                                  :
                        Defendant.                                :
                                                                  :
------------------------------------------------------------------X
```

PAUL A. ENGELMAYER, District Judge:

The Court schedules a telephonic conference in this case for **September 15, 2021** at **11:30 a.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer. To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

SO ORDERED.

Dated: August 24, 2021
       New York, New York

_____
PAUL A. ENGELMAYER
United States District Judge