UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                                :
:
          -v-                                                           :         17-CR-385 (PAE)
:
TARREL MCILWAIN,                                                        :         SCHEDULING ORDER
:
                              Defendant(s).                             :
:
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

It is hereby ORDERED that the conference in this matter, presently scheduled for **December 13, 2021**, is ADJOURNED to **January 21, 2022, at 10:30 a.m.**

SO ORDERED.

Dated:  December 1, 2021
        New York, New York

                                                  _____
                                                  PAUL A. ENGELMAYER
                                                  United States District Judge