**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
*Executive Director*
*and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

October 27, 2022

**VIA ECF**
Honorable Paul A. Engelmayer
United States District Judge
United States Courthouse
40 Foley Square, Room 2201
New York, New York 10007

Re: <u>United States v. Tarell McIlwain</u>
17 CR 385 (PAE)

Dear Judge Engelmayer,

I write on behalf of Mr. McIlwain to respectfully request an adjournment of the conference currently scheduled in this matter for Tuesday, November 1, 2022. The parties have not yet had a chance to fully confer regarding next steps in this matter, an alleged violation of Mr. McIlwain's supervised release. Accordingly, after conferring with the government and the Department of Probation, I am requesting a 30-day adjournment. The parties are available on Thursday, December 1, 2022 at 10:00am.

Thank you for your consideration of this request.

Respectfully submitted,

/s/
Hannah McCrea
Assistant Federal Defender
(212) 417-8724 / (646) 574-0351

Cc: AUSA Sebastian Swett
USPO Hildery Huffman

**GRANTED IN PART.** The Court will adjourn this conference for two weeks, until November 16, 2022, at 12:30 p.m. The Court directs counsel to speak with urgency about this matter. If an agreement to resolve it has not been reached by the November 16 conference, counsel should expect the Court that the conference to set a prompt date for an evidentiary hearing. The Clerk of Court is requested to terminate the motion at Dkt. No. 63.

SO ORDERED.    10/28/2022

PAUL A. ENGELMAYER
United States District Judge