

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 16, 2022

**BY ECF AND EMAIL**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Tarell McIlwain*, 17 Cr. 385 (PAE)

Dear Judge Engelmayer:

    The Government writes to request that the Court authorize the United States Probation Office to provide copies of its files in the above-captioned matter to the supervisee, Tarell McIlwain. These materials are necessary for the supervisee to prepare for the scheduled hearing on the alleged violations of his supervised release.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   /s/
     Sheb Swett
     Assistant United States Attorney
     Southern District of New York
     (212) 637-6522

cc:    Hannah McCrea, Esq. (by email)

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 65.

11/16/2022
SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge