UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

   - v. -

TARELL MCILWAIN,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**Order**

17 Cr. 385 (PAE)

Upon the application of the United States Probation Office, it is hereby ORDERED that:

1.    The term of supervised release of Tarell McIlwain is modified to include the following condition:

The supervisee must participate in a co-occurring intensive outpatient program for the purpose of substance use and mental health treatment, which program may include testing to determine whether the supervisee has reverted to using drugs. The frequency of treatment is to be determined by the treatment provider. The supervisee shall continue to take any prescribed medications unless otherwise instructed by the healthcare provider. The Court authorizes the release of available psychological and psychiatric evaluations and reports to the healthcare provider. The Court authorizes the release of available drug treatment evaluations and reports to the substance abuse treatment provider. The supervisee will be required to contribute to the cost of services rendered (co-payment), in an amount determined by the Probation Officer, based on ability to pay or availability of third-party payment.

Dated: New York, New York
       May 12, 2023

                                                  *Paul A. Engelmayer*
                                       _____
                                       HONORABLE PAUL A. ENGELMAYER
                                       UNITED STATES DISTRICT JUDGE