UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

TARELL MCILWAIN,

Defendant.

17-CR-385 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

A hearing is scheduled for September 29, 2023 on seven pending violation specifications. Today, the defense filed a letter which, *inter alia*, demands that any violation charges be presented to a grand jury and proven beyond a reasonable doubt, and objects to the introduction of hearsay at the hearing (Dkt. No. 84). The Court directs the Government to respond to this letter, either in conjunction with its pre-hearing letter outlining the evidence presented at the hearing, or in a separate submission. The Government's response is due by 3:00 pm on Thursday, September 28, 2023.

SO ORDERED.

Paul A. Engelmayer
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: September 26, 2023
       New York, New York