UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America

v.

Tarrell McIlwain,

                *Defendant.*

**Order**

17-CR-385 (PAE)

For the reasons stated on the record, and with the consent of both the Government and defense counsel, it is hereby ordered that defendant Tarrell McIlwain's conditions of supervised release be modified such that the defendant be required to submit to inpatient treatment as directed by the United States Probation Office for the Southern District of New York, until December 21, 2023. All other previously imposed conditions of the defendant's supervised release shall remain in place.

SO ORDERED:

Dated: New York, New York
       October 31, 2023

                                                                  *Paul A. Engelmayer*
                                                 THE HONORABLE PAUL A. ENGELMAYER
                                                 UNITED STATES DISTRICT JUDGE